Reset Form

FILED
CLERK, U.S. DISTRICT COURT

AUG 20 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER 8:21-MJ-00573-DUTY

1:21-mj-00556

UNITED STATES OF AMERICA PLAINTIFF(S)

v.

ERIK HERRERA DEFENDANT(S).

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: US District Court
in the District of Columbia on 8/6/21
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 1/6/21
in violation of Title 18 / 40 U.S.C., Section(s) 1752(a)(1), 1512(c)(2), 5104(e)(2)
to wit: ___

A warrant for defendant's arrest was issued by: Judge G. Michael Harvey

Bond of $ ___ was ☐ set / ☐ recommended.

Type of Bond: ___

Relevant document(s) on hand (attach): Statement of Facts, Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/19/21
            Date

_A. Ballard_ (signature)
Signature of Agent

BRADEN BALLANTYNE
Print Name of Agent

FBI
Agency

SPECIAL AGENT
Title

CR-52 (03/20)       DECLARATION RE OUT-OF-DISTRICT WARRANT