Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF  v.  ERIK HERRERA  USMS# _____  DEFENDANT | CASE NUMBER: 8:21-MJ-00573-DUTY  ~~1:21-mj-00556~~  REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __8/19__ at __5:00__ ☐ AM ☑ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC § 1752 (a)(1), 40 USC § 5104 (e)(2), 18 USC § 1512 (c)(2)

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY - CAC PT - CAC PCA CP. uscourts.gov

10. Remarks (if any): _____

11. Name: SA BRADEN BALLANTYNE   (please print)

12. Office Phone Number: 714-939-3312     13. Agency: FBI

14. Signature: B. Ballantyne     15. Date: 8/20/21

CR-64 (09/20)         REPORT COMMENCING CRIMINAL ACTION